HENRY B. MESSENGER and Another, as Copartners, etc., Respondents, v. HOGAN-LEVINE CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of EDWARD F. ROBINSON, Petitioner, for a Certiorari Order against GEORGE V. MCLAUGHLIN, Police Commissioner of the City of New York, Respondent.— Order of certiorari dismissed and determination confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE FIRST NATIONAL BANK OF OLNEY, ILLINOIS, Appellant, v. MAX KURTIN and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH B. GIBLYN, Appellant, v. DOWNEY SHIPBUILDING CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GARHIS OHANIAN, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN TAYLOR and Others, Respondents, v. HARLEY C. ALBEE, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID MAYER, Respondent, v. COMMERCIAL ADVERTISER ASSOCIATION and Others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant appellants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PEER GARAGE, INC., v. F. B. M. GARAGE, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LEO J. GONCH v. REPUBLIC STORAGE COMPANY, INC.— Motion denied. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

WILLIAM RYAN v. THE CUNARD STEAMSHIP COMPANY, LTD.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before February 3, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN T. SHANNON v. THE CUNARD STEAMSHIP COMPANY, LTD.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before February 3, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.